UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nathan Nerland, Daniel Williams-Goldberg and James Geckler, individually and on behalf of themselves and all others similarly situated, | Court File No. 05-1847 PJS / JJG |
| Plaintiffs, | MOTION FOR FINAL APPROVAL OF SETTLEMENT, EXTENSION OF CLAIM FILING DEADLINE, ENTRY OF FINAL JUDGMENT, AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SEPARATE AWARDS FOR NAMED PLAINTIFFS |
| v. | |
| Caribou Coffee Company, Inc., | |
| Defendant. | |

Plaintiffs in the above-captioned action, by and through their undersigned counsel, hereby move the Court for an order for: (i) final approval of the settlement reached in the captioned action, including the plan of allocation to class members, (ii) extension of the deadline for Minnesota Class Members to file claims; (iii) entry of final judgment; (iv) an award of attorneys' fees and costs and expenses; and (v) separate awards for the Named Plaintiffs.

Plaintiffs' motion is accompanied by a supporting memorandum, affidavits with exhibits, and proposed order.

Dated: April 28, 2008

s/ Charles N. Nauen
Charles N. Nauen (#121216)
William A. Gengler (#210626)
Gregory J. Myers (#287398)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981

Jon A. Tostrud*
CUNEO GILBER & LADUCA, LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067

Jonathan W. Cuneo*
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-789-1813

*Admitted Pro Hac Vice

**ATTORNEYS FOR PLAINTIFFS**